UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Bank of America, N.A., as Successor by Merger to BAC Home Loans Servicing, L.P.,<br><br>Plaintiff<br><br>v.<br><br>Fidelity National Title Group, Inc., et al,<br><br>Defendants | Case No.: 2:21-cv-0523-JAD-VCF<br><br>**Order Lifting Stay and Reopening Case**<br><br>[ECF No. 17] |

By stipulation, this action was stayed pending the Ninth Circuit's decision in an appeal from a similar case in this district.[1] That appeal has concluded, and the parties jointly move to lift the stay and reopen this case.[2] Good cause appearing, IT IS ORDERED that:

- The Joint Motion **[ECF No. 9] is GRANTED**, and **the STAY is LIFTED**;
- The Clerk of Court is directed to **REOPEN this case**;
- The parties must hold the FRCP 26(f) conference by February 7, 2022, and must file their Proposed Stipulated Discovery Plan and Scheduling Order within 14 days after that conference. L.R. 26-1(a).

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 7, 2022

---

[1] ECF No. 9.
[2] ECF No. 17.